# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0859
LT Case No. 2016-CF-8995

_____

DAKARAI KEONE MAXWELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

No Appearance for Appellee.

September 19, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., SOUD, and MACIVER, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*